No. 5710.—CRUZ, aplte., *v.* RODRÍGUEZ, apldo.—C. D. San Juan. Abril 27, 1932

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

POR CUANTO, solicitado por el demandante el traslado de este pleito a la Corte de Distrito del Distrito Judicial de Bayamón, fué negada esta petición y se interpuso este recurso;

POR CUANTO, la solicitud de traslado se basa en que los hechos ocurrieron en el pueblo de Cataño, que formaba parte del territorio de la corte de San Juan y que ahora forma parte del territorio de la Corte de Distrito de Bayamón, alegándose además que los testigos de la demandante residen en Cataño, o sea dentro del distrito de Bayamón, que a los testigos de la demandante les sería muy conveniente que la vista del presente caso se celebrara en esta última corte, y que los fines de la justicia se beneficiarían con el traslado de este pleito a la corte mencionada;

POR CUANTO la Corte de Distrito de San Juan adquirió jurisdicción en este caso y no se acompaña declaración jurada alguna a la petición de traslado;

POR CUANTO, esta solicitud es insuficiente, puesto que no se ha suministrado a la Corte ningún hecho que demuestre que el interés de la justicia requiere que dicho traslado se verifique, y los testigos en este caso residen en Cataño, teniendo las mismas facilidades para trasladarse a San Juan que a Bayamón;

POR TANTO, se confirma la resolución apelada de 23 de abril de 1931.